UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **04 CR 10303 RCL** |
| | ) | CRIMINAL NO.: |
| v. | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| RASHAUN SCOTT | ) | 18 U.S.C. §922(g)(1) - |
| | ) | Felon in Possession of |
| | ) | A Firearm |

INDICTMENT

COUNT ONE:   (Title 18, United States Code § 922(g)(1) - Felon
             In Possession Of A Firearm)

The Grand Jury charges that:

From on or about May 13, 2004 to on or about May 14, 2004, at Brockton, New Bedford, and elsewhere in the District of Massachusetts,

**RASHAUN SCOTT**,

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a J.C. Higgins, Model 20, 12 gauge shotgun bearing no serial number, in and affecting commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY




_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY




DISTRICT OF MASSACHUSETTS;     9-29    , 2004

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK    9/29/04 @ 2:00pm

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO.: |
| | ) |
| **RASHAUN SCOTT** | ) |
| | ) |

    I, the undersigned, foreman of the grand jury of this Court, at the term begun and held at Boston on the ____28th____ day of ____September____, 2004, in pursuance of Rule 6(c) of the Federal Rules of Criminal Procedure, do herewith file with the Clerk of the Court a record of the above case, this record not to be made public except on order of the Court, to wit:

_____21_____ grand jurors concurring in the indictment.

_____
FOREPERSON

≈JS 45 (5/97) - (Revised USAO MA 1/15/04)

04 CR 10303 RCL

**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** ATF

**City**  Brockton, New Bedford          **Related Case Information:**

**County**  Plymouth, Bristol            Superseding Ind./ Inf. _____   Case No. _____
                                         Same Defendant _____   New Defendant _____
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case Number _____
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Rashaun Scott                        Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): 1980   SSN (last 4 #): 0523   Sex M   Race: Black   Nationality: U.S.

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Robert E. Richardson              Bar Number if applicable  _____

Interpreter:  ☐ Yes  ☒ No       List language and/or dialect:  _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as _____ in _____.
☒ Already in State Custody  Bristol County HOC   ☒ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:   ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9/29/04           Signature of AUSA:  _____

**04 CR 10303 RCL**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Rashaun Scott

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Felon in possession of a firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS45-ind.wpd - 1/15/04 (USAO-MA)