UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: The Bristol County Jail and House of Correction (N. Dartmouth)
    400 Faunce Corner Rd.,
    Dartmouth, MA

YOU ARE COMMANDED to have the body of **RASHAUN SCOTT** (DOB: \*\*/\*\*/80; SS#:\*\*\*-\*\*-0523) now in your custody, before the United States District Court for the District of Massachusetts,1 Courthouse Way, Courtroom  No. 24, on the 7th floor, Boston, Massachusetts on **November 16, 2004,** at **10:00 A.M.** for the purpose of an **Initial Appearance** in the case of   UNITED STATES OF AMERICA  v.**RASHAUN SCOTT**, CR Number 04-10303 RCL.  And you are to retain the body of said **RASHAUN SCOTT** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **RASHAUN SCOTT**  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 12th day of November, 2004.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

/S/ Rex Brown
Courtroom Clerk