UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-CR-10303-RCL

UNITED STATES OF AMERICA

V.

RASHUAN SCOTT

**ORDER ON DETENTION**

November 18, 2004

ALEXANDER, M.J.

The defendant, Rashuan Scott, appeared before this Court on November 16, 2004, for an initial appearance pursuant to an indictment charging him with violating 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).  The defendant was represented by Attorney Michael Liston and the government was represented by Assistant United States Attorney John Capin.  The government moved for detention pursuant to 18 U.S.C. §§ 3142 (f)(1)(B) and (D) and (f)(2)(A).   In that the defendant is currently in state custody, the detention hearing in this matter is postponed until a later time, if and when it becomes necessary, pursuant to <u>United States v. King</u>, 818 F.2d 112, 114 (1st Cir. 1987).  A DETAINER SHALL ISSUE.

SO ORDERED.

/S/ Joyce London Alexander
United States Magistrate Judge