AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RASHAUN SCOTT

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10303 RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Rashaun Scott___
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm

in violation of
Title _____ United States Code, Section(s) __922(g)(1)__

_____     Supervisor
Name of Issuing Officer      Title of Issuing Officer

_____     9-30-04  Boston
Signature of Issuing Officer    Date and Location

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 SEP 30 A 11: 53

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/16/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.