UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                         NOTICE OF APPEARANCE

RASHAUN SCOTT

Now comes attorney CLIFFORD SAMUEL SUTTER and hereby enters his appearance for

the above-named defendant RASHAUN SCOTT.

By his attorney:

C. Samuel Sutter
203 Plymouth Avenue
Fall River, MA 027213
Telephone No: (508) 674-8633
Facsimile No:  (508) 673-3766

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                    CERTIFICATE OF SERVICE

RASHAUN SCOTT

I, Kelley Anne Sylvia, hereby certify that on this the 13th day of December, 2004, I mailed

a copy of my Notice of Appearance to Assistant United States Attorney Robert E. Richardson, at

U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210.

Kelley Anne Sylvia