UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                                    MOTION TO CONTINUE

RASHAUN SCOTT

Now comes the defendant, RASHAUN SCOTT, and hereby moves that this Honorable Court continues his case which is scheduled for an initial Status Hearing on Tuesday, December 21, 2004, to Thursday, December 23, 2004, at 3:00 p.m..

As grounds therefore, the defendant states that his attorney is scheduled to appear in New Bedford Superior Court for the matters of <u>Commonwealth v Brad Santos</u> and <u>Commonwealth v Joyce Botelho</u>. As further grounds, the defendant states that United States Attorney Robert Richardson assents to this motion provided that the time from December 21, 2004 through December 23, 2004, is excluded from the Speedy Trial Act.

WHEREFORE, the defendant prays that this Honorable Court continues initial Status Hearing to Thursday, December 23, 2004, at 3:00 p.m..

By his attorney,

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                                    CERTIFICATE OF SERVICE

RASHAUN SCOTT


    I, Kelley Anne Sylvia, hereby certify that on Friday, December 17, 2004, I sent by first class mail a copy of Defendant's Motion to Continue, to United States Attorney Robert Richardson, 1 Courthouse Way, Boston, Massachusetts 02210.

_____
Kelley Anne Sylvia