RECEIVED
Judge Alexander's Chambers
JAN 4 2005

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                              DEFENDANT'S MOTION TO CONTINUE

RASHAUN SCOTT

Now comes the defendant, RASHAUN SCOTT, and hereby moves that this Honorable Court continues his case which is scheduled for a Status Hearing on Wednesday, January 5, 2005, to Monday, January 10, 2005, or Friday, January 14, 2005, at 2:30 p.m..

As grounds therefore, the defendant states that his attorney is on vacation Monday, January 3, 2005 through Friday, January 7, 2005. As further grounds, the defendant states that his attorney's office tried to reach United States Attorney Robert Richardson, however, Attorney Richardson is out of the office on vacation. Attorney Sutter requests that the time from January 5th, through January 10th or January 14th, 2005, be excluded from the Speedy Trial Act.

WHEREFORE, the defendant prays that this Honorable Court continue his Status Hearing to Monday, January 10, 2005, or Friday, January 14, 2005, at 2:30 p.m..

By his attorney,

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

RECEIVED
Judge Alexander's Chambers
JAN 4 2005

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                             CERTIFICATE OF SERVICE

RASHAUN SCOTT

I, Kelley Anne Sylvia, hereby certify that on Wednesday, December 29, 2004, I sent by first class mail a copy of Defendant's Motion to Continue, to United States Attorney Robert Richardson, 1 Courthouse Way, Boston, Massachusetts 02210.

Kelley Anne Sylvia