UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V

RASHAUN SCOTT

DEFENDANT'S MOTION TO CONTINUE

Now comes the defendant, RASHAUN SCOTT, and hereby moves that this Honorable Court continues his case which is scheduled for a Status Hearing on Monday, January 10, 2005, to Thursday, January 27, 2005, at 10:00 a.m. or anytime thereafter which is convenient for this Court.

As grounds therefore, the defendant states that his attorney is scheduled for trial on the matter of Commonwealth v Yolanda Costa, at Taunton Superior Court and also for another trial on the matter of In Re: Nevah Jade Moitoza at New Bedford Juvenile Court. As further grounds, the defendant states United States Attorney Robert Richardson has assented to this continuance. Attorney Sutter requests that the time from January 10, 2005 through January 26, 2005 be excluded from the Speedy Trial Act.

WHEREFORE, the defendant prays that this Honorable Court continue his Status Hearing to Thursday, January 27, 2005, at 10:00 a.m. or anytime thereafter which is convenient for this Court.

By his attorney,

*C. Samuel Sutter*
C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                         CERTIFICATE OF SERVICE

RASHAUN SCOTT

I, Kelley Anne Sylvia, hereby certify that on Friday, January 7, 2005, I sent by facsimile (617) 748-3951, a copy of Defendant's Motion to Continue, to United States Attorney Robert Richardson, 1 Courthouse Way, Boston, Massachusetts 02210.

_____
Kelley Anne Sylvia

# C. SAMUEL SUTTER
## ATTORNEY AT LAW
### 203 PLYMOUTH AVENUE
### FALL RIVER, MA 02721

TELEPHONE: (508) 674-8633                                FACSIMILE: (508) 673-3766

DATE: January 7, 2005

TO: Rex Brown                        FACSIMILE: (617) 748-458

FROM: Kelley                         FACSIMILE: (508) 673-3766

RE: Rashaun Scott



**C. SAMUEL SUTTER**
*Attorney At Law*

MARK A. AZAR
*of Counsel*

DOROTHY FELIZ SUTTER
*Paralegal*

Telephone:
508-674-8633

Fax:
508-673-3766

Durfee Union Mills
203 Plymouth Avenue
Building 7, 1st Floor
Fall River, MA 02721

January 7, 2005

<u>Sent by Facsimile Only</u>
(617) 748-4584

Rex Brown, Courtroom Clerk to
Honorable Judge Joyce London Alexander
United States District Court for Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  <u>United States of America v Rashaun Scott</u>
     Docket Number: 04-10303 RCL

Dear Mr. Brown:

Pursuant to your request, enclosed please find Defendant's Motion to Continue, along with Certificate of Service to Assistant United States Attorney Robert Richardson.

Thank you for your attention and cooperation with this matter. Should you have any questions or concerns, please do not hesitate to contact this office.

Sincerely yours,

Kelley Anne Sylvia, Legal Assistant to
C. Samuel Sutter, Esquire

CSS:kms
Enclosures
cc: Robert Richardson, Esquire