UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
**UNITED STATES OF AMERICA**       )
                                                    )
                                                    )
           v.                                     )   CRIMINAL NO.
                                                    )   04-10303− RCL
**RASHAUN SCOTT**                         )
                                                    )
_____)

## WITHDRAWAL OF APPEARANCE

The defendant Rashaun Scott has retained private counsel and private counsel has filed an appearance herein. Accordingly, I withdraw my appearance on behalf of the defendant.

                                                        _____
                                                        Michael J. Liston BBO# 301760
                                                        2 Park Plaza, Suite 610
                                                        Boston, MA  02116
                                                        (617) 426-2281

Dated:  January 12, 2005

1