

**C. SAMUEL SUTTER**
*Attorney At Law*

MARK A. AZAR
*of Counsel*

DOROTHY FELIZ SUTTER
*Paralegal*

Telephone:
508-674-8633

Fax:
508-673-3766

Durfee Union Mills
203 Plymouth Avenue
Building 7, 1st Floor
Fall River, MA 02721

January 10, 2005

**Sent by Facsimile Only**
(617) 748-4584

Rex Brown, Courtroom Clerk to
Honorable Judge Joyce London Alexander
United States District Court for Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   <u>United States of America v Rashaun Scott</u>
      Docket Number: 04-10303 RCL

Dear Mr. Brown:

After our conversation at 5:30 p.m. Friday afternoon, I tried to get another attorney to stand in for me today at 3:30 p.m. at United States District Court. Unfortunately, I was not able to find an attorney to do this. Therefore, I am requesting that you please ask Judge Alexander to put Mr. Scott's matter on for one of the two dates we discussed last week: January 26th in the morning, January 27th.

Thank you for your attention and cooperation with this matter. Should you have any questions or concerns, please do not hesitate to contact this office.

Sincerely yours,

C. Samuel Sutter, Esquire

CSS:kms
cc: Robert Richardson, Esquire

# C. SAMUEL SUTTER
# ATTORNEY AT LAW
# 203 PLYMOUTH AVENUE
# FALL RIVER, MA 02721

TELEPHONE: (508) 674-8633                FACSIMILE: (508) 673-3766

DATE:           January 10, 2005

TO:             Rex Brown, Courtroom Clerk to        FACSIMILE: (617) 748-4584
                Honorable Judge Joyce London Alexander

FROM:           C. Samuel Sutter, Esquire            FACSIMILE: (508) 673-3766

RE:             United States of America v Rashaun Scott
                Docket No: 01-10303 RCL

## PLEASE HAND DELIVER

## TIME SENSITIVE

THANK YOU