**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**UNITED STATES OF AMERICA**

**V.**                                          **CRIMINAL NO. CR04-10303 RCL**

**RASHAUN SCOTT**


**ORDER OF EXCLUDABLE DELAY**

In accordance with the Speedy Trial Act of 1974, as amended, this Court

hereby orders excludable delay from: **1/10/05** until **1/27/05** for the reason checked below.


1/10/05 ____                                         /S/ Joyce London Alexander
          Date                                         U.S. Magistrate Judge


REFER TO DOCUMENT(S) # 13 _____

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| **[X]** | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |


(04cr10303 O-EX DLY-SCOTT2.wpd - 01/93)                          [koexcl.]