UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10303 RCL

RASHUAN SCOTT
    Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On February 1, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that may deserve special attention or modification of the standard schedule;

3. There is no anticipated supplemental discovery;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government no later than thirty (30) days before trial and the defendant will make reciprocal disclosures fifteen (15) days before trial;

5. The applicable periods of excludable delay under the Speedy Trial Act include: November 16, 2004, through December 14, 2004 (28 days); December 20, 2004, through January 5, 2005 (16 days); January 5, 2005, through January 10, 2005 (5 days); January 10, 2005, through January 27, 2005 (17 days), for a total of sixty-six (66) days as of January 27, 2005. **The government and defense have not yet submitted a written motion to exclude the time period from December 14, 2004 through December 20, 2004 (6 days) and January 27, 2005, through February 1, 2005.** The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of February 1, 2005;

6. Trial is anticipated. If the case were to proceed to trial, the parties cannot yet gauge

the duration of the trial;

7. Other matters: **the defendant has been scheduled for a detention hearing on March 3, 2005, at 3:00 PM.**

    IT IS HEREBY ORDERED THAT

    A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. Dispositive motions shall be due on or before March 16, 2005, with the government's motions due March 31, 2005. A **Final Status Conference** is scheduled at **3:00 p.m.** on **March 16, 2005,** in Courtroom 24, 7th floor.

    **Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

                                           HONORABLE JOYCE LONDON ALEXANDER
                                           U.S. MAGISTRATE JUDGE

                                           By the Court:

February 10, 2005                    /S/ Rex Brown
Date                                  Courtroom Clerk
                                      (617) 748-9238