FROM : FAX NO. :5086737663 Mar. 16 2005 01:11PM P3
Case 1:04-cr-10303-RCL Document 19 Filed 03/16/2005 Page 1 of 2

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V

RASHAUN SCOTT

DEFENDANT'S MOTION TO CONTINUE

Now comes the defendant, RASHAUN SCOTT, and hereby moves that this Honorable Court continues his case which is scheduled for Wednesday, March 16, 2005, to May 2, 2005; May 3, 2005; May 4, 2005, or, May 5, 2005., at 11:00 am, or any time thereafter that is convenient for this Honorable Court.

As grounds therefore, the defendant states that his attorney is sick and will not be able to appear in Court today. As further grounds, the defendant states United States Attorney Robert Richardson has assented to this continuance. Attorney Sutter requests that the time from March 16, 2005 through May 2, 2005; May 3, 2005; May 4, 2005, or May 5, 2005 be excluded from the Speedy Trial Act.

WHEREFORE, the defendant prays that this Honorable Court continue his case to May 2, 2005; May 3, 2005; May 4, 2005, or, May 5, 2005., at 11:00 am, or any time thereafter that is convenient for this Honorable Court.

By his attorney,

*C. Samuel Sutter* (signature)

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                       CERTIFICATE OF SERVICE

RASHAUN SCOTT

I, Kelley Anne Sylvia, hereby certify that on Wednesday, March 16, 2005, I sent by facsimile (617) 748-3951, and first class mail, a copy of Defendant's Motion to Continue, to United States Attorney Robert Richardson, 1 Courthouse Way, Boston, Massachusetts 02210.

*Kelley Anne Sylvia*
Kelley Anne Sylvia