UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V

RASHAUN SCOTT

MOTION TO EXTEND TIME TO
FILE MOTION TO SUPPRESS

Now comes the defendant, RASHAUN SCOTT, and hereby moves that this Honorable Court extend the time with in which his attorney must file his substantive pre-trial motions until May 2, 2005.

As grounds therefore, the defendant states that his attorney has been engaged during the past two months in preparing for numerous trials and hearings. Consequently his defendant's attorney has not had enough time to complete the research and writing involved in the defendant's motion to suppress. As further grounds, the defendant states United States Attorney Robert Richardson has assented to this extension.

WHEREFORE, the defendant moves that this Honorable Court extend the time in which his attorney must file his substantive pre-trial motions.

By his attorney,

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766