UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10303 RCL

RASHAUN SCOTT
        Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On March 28, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motion;

3. There is no supplemental discovery anticipated;

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: November 16, 2004, through December 14, 2004 (28 days); December 20, 2004, through January 5, 2005 (16 days); January 5, 2005, through January 10, 2005 (5 days); January 10, 2005, through January 27, 2005 (17 days), for a total of sixty-six (66) days as of January 27, 2005. Additionally, The government and defense have made a joint oral motion for excludable delay for the time period January 27, 2005, through March 28, 2005. The Court has ordered the government to file a written joint motion for excludable delay for the aforementioned time period.
    (b) The total amount of time to proceed to trial is seventy (70) days upon the filing and ruling upon the joint motion for excludable delay;
    (c) There is an anticipated motion to suppress that may cause additional excludable time under the Speedy Trial Act;

5. (a) The defendant does not intend to raise a defense of insanity.
    (b) The defendant does not intend to raise a defense of public authority.

6. The Government has not requested notice of alibi by the defendant;

7. (a) There is an anticipated motions to suppress which will require a ruling by the District Court before trial;
   (b) A briefing schedule has been established.  In that defense counsel is involved in much litigation not related to this case, defense counsel has requested additional time to file the motion to suppress;

8. There is a need for scheduling a hearing on the motion to suppress before the District Judge;

9. Resolution of case without trial is uncertain;

10. Trial is necessary.  If trial were to become necessary, the estimated duration of trial would be three (3) to four (4) days;

11. There are no other matters.

      IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been re-set to **April 28, 2005**.  Whereas all pretrial matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge.

                              HONORABLE JOYCE LONDON ALEXANDER
                              U.S. MAGISTRATE JUDGE

                              By the Court:

March 28, 2005           /S/ Rex Brown
Date                         Courtroom Clerk
                              (617) 748-9238