```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA** )
                                 )
       **v.**                    )
                                 )
**RASHAUN SCOTT**           )      CRIMINAL NO. 04-10303-RCL
                                 )

## ASSENTED-TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The government respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between January 27, 2005 and April 28, 2005, the date by which the defendant is to file his motion to suppress evidence. As grounds therefor, the United States states that the defendant has requested and been granted several continuances, as well as an extension of time to file his motion to suppress, since January 27, and that, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by continuing the matter to April 28, 2005 for the purposes expressed by the defendant outweigh the best interest of the public and the defendant in a speedy trial.

    The defendant, through his counsel, has assented to the

exclusion of said period for purposes of the STA.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:
    <u>/s/ Robert E. Richardson</u>
    ROBERT E. RICHARDSON
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:    Boston, Massachusetts
    March 28, 2005

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on C. Samuel Sutter, Esq., counsel of record for the defendant Rashaun Scott.

    <u>/s/ Robert E. Richardson</u>
    ROBERT E. RICHARDSON