UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               )      CRIMINAL NO. 04-10303-RCL
                         )
RASHAUN SCOTT            )

ASSENTED-TO MOTION TO ENLARGE TIME TO
RESPOND TO SUPPRESSION MOTION
AND TO CONTINUE CONFERENCE

The government respectfully moves for an enlargement of time
within which to respond to the defendant's Motion to Suppress or
for Franks Hearing (the "Motion), from May 13, 2005 to and
including May 23, 2005, and to continue the Status Conference,
currently scheduled for May 19, 2005, to May 20, 2005 at 2:00 or
2:30 p.m.  As grounds therefor, the government states, as to its
motion to enlarge time to respond to the Motion, that undersigned
counsel filed a 45-page brief in the First Circuit on May 9,
2005, and, in addition to the response being prepared to the
Motion, has responses to four other motions currently due in
other sessions of this Court by May 20, 2005, including two other
responses currently due on May 13, 2005.  As to the motion to
continue the Status Conference currently scheduled for 3:00 p.m.
on May 19, 2005, the government states that undersigned counsel
has a prior-scheduled appearance in United States v. Cory
Hubbard, Criminal No. 04-10235-MLW, at 2:30 p.m., and that said

appearance may well extend past 3:00 p.m.[1]    The government has

consulted with the office of counsel for the defendant in this

case and has learned that counsel would be available to attend

the Status Conference in this matter on May 20, 2005 at either

2:00 or 2:30 p.m.

The defendant, through his counsel, has expressed his assent

to the allowance of the government's motion to enlarge the

government's time to respond to the Motion to and including May

23, 2005, and to continue the Pre-Trial Conference to May 20,

2005 at 2:00 or 2:30 p.m.

                           Respectfully submitted,

                               MICHAEL J. SULLIVAN
                               United States Attorney


                           By:   /s/ Robert E. Richardson
                                 Robert E. Richardson
                                 Assistant U.S. Attorney

---

[1]The government has moved to continue part of the hearing
scheduled in the Hubbard matter based on its late receipt of
certain materials, but the government anticipates that the
session of this Court in which the Hubbard case is pending will
likely address issues relating to that defendant's custody status
at 2:30 p.m. on May 19 even if it allows the motion to continue
the other part of the hearing.

CERTIFICATE OF SERVICE

Suffolk, ss.                                    Boston, Massachusetts
                                                May 12, 2005

    I hereby certify that a true copy of the foregoing was
served by electronic filing upon counsel for the defendant, C.
Samuel Sutter, Jr., Esq.

                              /s/ Robert E. Richardson
                              Robert E. Richardson
                              Assistant U.S. Attorney