UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V

RASHAUN SCOTT

MOTION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION IN LIMINE

Now comes the defendant, RASHAUN SCOTT, and hereby moves that this Honorable Court extend the time within which his attorney must file his response to the Government's Motion in Limine until Monday, August 1, 2005.

As grounds therefore, the defendant states that his attorney has been engaged during the past two weeks in preparing for numerous hearings. Consequently this defendant's attorney has not had enough time to complete the research and writing involved in responding to the Government's Motion in Limine. As further grounds, the defendant states Assistant United States Attorney Robert Richardson has assented to this extension.

WHEREFORE, the defendant moves that this Honorable Court extend the time within which his attorney must file his response.

By his attorney,

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                       CERTIFICATE OF SERVICE

RASHAUN SCOTT

    I, Kelley Anne Sylvia, hereby certify that on Friday, July 15, 2005, I sent by first class mail, a copy of Defendant's Motion to Continue, to United States Attorney Robert Richardson, 1 Courthouse Way, Boston, Massachusetts 02210.

_____
Kelley Anne Sylvia