UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS
DOCKET NUMBER: 04-10303 RCL


UNITED STATES OF AMERICA

V                                                    DEFENDANT'S MOTION TO CONTINUE

RASHAUN SCOTT


Now comes the defendant, RASHAUN SCOTT, and hereby moves that this Honorable Court

continues his Trial which is presently scheduled to being on Monday, October 31, 2005 to Monday,

November 7, 2005.

As grounds therefore, the defendant states that this case was continued by agreement of the

parties on October 4, 2005.  This Honorable Court inquired whether both attorneys would be

available to start this trial on Monday, October 31st. Counsel for the defendant stated yes. Later that

day, however, Counsel for the defendant was reminded by his wife that she is going to be away in

Florida visiting her sister during the week of October 31st. Counsel for the defendant therefore will

be responsible for caring for his two fifteen year old sons that week. The two boys attend different

schools, one in Fall River, and one in Dartmouth. Counsel will be responsible in getting the boys

back and forth to their two schools, getting most of their meals, and other transportation and care

responsibilities.  In order to fully focus on this case, Counsel had planned on staying in Boston for

most of the trial, rather than commute back and forth from Fall River.  For the above stated reasons,

this will not be possible if the trial has to begin on October 31st.  Furthermore, it will be extremely

difficult for Counsel to arrive at Court by 8:45 a.m. each morning, due to the responsibilities he will

have at home the week of October 31st.

WHEREFORE, the defendant prays that this Honorable Court continue his trial from Monday, October 31, 2005, to Monday, November 7, 2005. The defendant states that Assistant United States Attorney Robert Richardson assents to this continuance.

By his attorney,

*C. Samuel Sutter*

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                                      CERTIFICATE OF SERVICE

RASHAUN SCOTT

I, Kelley Anne Sylvia, hereby certify that on Friday, October 7, 2005, I sent by first class

mail and facsimile, a copy of Defendant's Motion to Continue, to United States Attorney Robert

Richardson, 1 Courthouse Way, Boston, Massachusetts 02210.

Kelley Anne Sylvia