UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 04-10303-RCL** |
| ) | |
| **RASHAUN SCOTT** ) | |

## GOVERNMENT'S WITNESS LIST

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney, and Robert E. Richardson, Assistant U.S. Attorney, hereby provides the following list of potential witnesses for the trial of the above matter. The government reserves the right to supplement this list and/or to call additional witnesses in light of developments prior to or at trial.

1. Edmond Desmarais - Bristol County Sheriff Department, Dartmouth, MA
2. Gary Nevins - Institutional Parole Officer, Massachusetts Treatment Center, Bridgewater, MA
3. James McCarthy - Regional Parole Supervisor, Brockton Regional Parole Office, Brockton, MA
4. Det. George Almeida - Brockton Police Department, Brockton, MA
5. Det. Eric Hilliard - Brockton Police Department, Brockton, MA
6. Det. Nazaire Paul - Brockton Police Department, Brockton, MA
7. Det. Samuel Carde - Brockton Police Department, Brockton, MA
8. Det. Patrick Donahue - Brockton Police Department, Brockton, MA
9. Lt. Thomas Lafratta - Brockton Police Department, Brockton, MA
10. Officer Darvin Anderson - Brockton Police Department, Brockton, MA
11. ATF Special Agent Phil Ball - ATF, Boston, MA
12. ATF Special Agent David Oliver - ATF, Boston, MA
13. Massachusetts State Police Officer Douglas Weddleton, Ballistics, Sudbury, MA
14. Geraldine Scott, 26 Victory Street, Brockton, MA

15. Cassandra Scott, 26 Victory Street, Brockton, MA

           Respectfully submitted,

           MICHAEL J. SULLIVAN
           United States Attorney

By:

           /s/Robert E. Richardson
           ROBERT E. RICHARDSON
           Assistant U.S. Attorney