UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   CRIMINAL NO. 04-10303-RCL |
| | ) |
| **RASHAUN SCOTT** | ) |

### GOVERNMENT'S NOTICE RE: COURTROOM EQUIPMENT

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney, and Robert E. Richardson, Assistant U.S. Attorney, hereby notifies the Court and the defendant that it may seek to utilize equipment at the trial of this case that will enable the Court, the jurors, and the parties to hear the audio CD that the government intends to play by means of individual wireless headsets that receive an infrared signal from the device playing the CD.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney