United States District Court
District of Massachusetts

_____

Docket No. 04-10303

**United States,**

v.

**Rashaun Scott,**
_____

**Motion *In Limine* To
Exclude Expert Opinion As To The Meaning
Of Certain Jargon**
_____

Now comes the defendant Rashaun Scott and moves that this court exclude from evidence expert testimony as to the meaning of the words "thing" or "things." In support thereof, the defendant states that the Government's expert seeks to testify that those words are jargon or street terms specifically meaning a firearm. However, the word is so common and generic that no such meaning can reasonably be attributed to it, the jury is perfectly capable of determining

1

the meaning of that term in the present context without such expert testimony, and the proposed expert testimony would ultimately invade the fact-finding province of the jury.

The defendant requests a hearing on this motion.

                                      Respectfully submitted,

Rashaun Scott,
*By his attorney,*


C. Samuel Sutter
B.B.O. # 542496
203 Plymouth Ave.
Building #7
Fall River, MA  02721
(508) 647-8633