UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                        DEFENDANT'S WITNESS LIST

RASHAUN SCOTT

Now comes the defendant, RASHAUN SCOTT, and hereby files his purposed witness list for trial of the above matter. The defendant reserves the right to supplement this list and/or to call additional witnesses.

1. Richard G. Christopher
   2900 Cranberry Highway, #32
   Wareham, Massachusetts

2. Marty Jaworski
   182 Blackstone Street
   Fall River, MA

3. Christina Corriander
   Newport, Rhode Island

4. Geraldine Scott
   26 Victory Street
   Brockton, MA

By his attorney,

/s/ C. Samuel Sutter

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766