**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>     v.          )<br>)<br>**RASHAUN SCOTT**     ) | CRIMINAL NO. 04-10303-RCL |

**STIPULATION**

The parties hereby stipulate and agree as follows:

1. The parties stipulate and agree that, prior to May 13, 2004, the defendant Rashaun Scott was convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

| | |
|---|---|
| RASHAUN SCOTT<br>By his attorney, | UNITED STATES OF AMERICA<br>By its attorneys, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| | By: |
| _____<br>C. SAMUEL SUTTER | _____<br>ROBERT E. RICHARDSON<br>Assistant U.S. Attorney |

_____
RASHAUN SCOTT