UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                              DEFENDANT SDEFENDANT S REVISEDDEFENDANT

RASHAUN SCOTT

NowNow cNow comes the defendant, RASHAUN SCOTT, and hereby files his revised witness lNow for the trial in the above matter. The defendantfor the trial in the above matter. The defendant reserves the right call additional witnesses.

1.  Richard G. Christopher
    2900 Cranberry Highway, #32
    Wareham, Massachusetts

2.  Christiana Corriander
    Newport, Rhode Island

3.  Geraldine Scott
    26 Victory Street
    Brockton, MA

4.  David Slayter
    Duxbury, MA

5.  Keeper of Record
    National Grid
    25 Research Drive
    Westboro, MA 01582

6.  Keeper of Record
    Bristol County House of Correction
    400 Faunce Corner Road
    North Dartmouth, MA 02747

7.  Keeper of Record
    Plymouth County House of Correction
    26 Long Pond Road
    Plymouth, MA 02303

8:      Keeper of Record
         Fall River Police Department
         685 Pleasant Street
         Fall River, MA

9.      Beverly Milligan
         32 Victory Street
         Brockton, MA

By his attorney,

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile:  (508) 673-3766