UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                          DEFENDANT'S EXHIBIT  LIST

RASHAUN SCOTT

    Now comes the defendant, RASHAUN SCOTT, and hereby files his list of potential exhibits list for the trial in the above matter.  The defendant reserves the right to supplement this list.

1. Certified copy of Criminal Docket on Fall River District Court case number 0332cr007986.

2. Electricity bills from National Grid Electric for 144 Hunter Street, Fall River, Massachusetts for September and October of 2003 .

3. Booking Sheet from the Fall River Police Department from the arrest of Rashaun Scott on October 30, 2003.

4. Record of Incarceration of Rashaun Scott from the Bristol County House of Correction from October 30, 2003 until the date of his transfer to the Plymouth County House of Correction.

5. Record of Incarceration of Rashaun Scott from the Plymouth County House of Correction from the date of his arrival in 2004 to the present.

6. Deed to 26 Victory Street, Brockton, Massachusetts.

7. Diagram of the interior fo 26 Victory Street, Brockton, Massachusetts.

8. Photographs of 26 Victory Street, Brockton, Massachusetts.

By his attorney,

/s/ C. Samuel Sutter

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile:  (508) 673-3766