UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS
DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                                MOTION TO CONTINUE

RASHAUN SCOTT

   Now comes the defendant, RASHAUN SCOTT, and hereby moves that this Honorable Court continues his Sentencing to a date that is convenient with this Honorable Court.

   As grounds therefore, the defendant states that his attorney has encountered serious time constraints during the past two months as a result of his schedule. Consequently, his attorney has not had sufficient time to complete certain tasks which are necessary prior to Mr. Scott's Sentencing. Additionally, his attorney has not had sufficient time to prepare a Sentencing Memorandum to submit to this Honorable Court. Finally, Assistant United States District Attorney Robert Richardson assents to this motion.

   WHEREFORE, the defendant prays that this Honorable Court continue his Sentencing to a date that is convenient with this Honorable Court.

                                        By his attorney,


                                        C. Samuel Sutter
                                        203 Plymouth Avenue
                                        Fall River, Massachusetts 02721
                                        Telephone: (508) 674-8633
                                        Facsimile:  (508) 673-3766