UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10303 RCL

UNITED STATES OF AMERICA

V                                                           DEFENDANT'SMOTION TO CONTINUE

RASHAUN SCOTT

    Now comes the defendant, RASHAUN SCOTT, and hereby moves that this Honorable Court continue his case, which is scheduled for a Tuesday, September 5, 2006, to a date which is convenient for this Honorable Court in November or December, 2006.

    As grounds therefore, Attorney Sutter states that he is taking a leave of absence from his law practice in order to run for Bristol County District Attorney.  This leave of absence began on July 8, 2006 and will continue until September 20, 2006.  Attorney Sutter will not be making any court appearances during this time period. As further grounds, the defendant states that Attorney Richardson assents to this continuance.

    WHEREFORE, the defendant moves that this Honorable Court continue his case from Tuesday, September 5, 2006, to a date which is convenient to this Honorable Court in November or December, 2006.

By his attorney,

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile:  (508) 673-3766