UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 04-10303 RCL

UNITED STATES OF AMERICA

V

MOTION TO WITHDRAW

RASHUAN SCOTT

Now comes Attorney Clifford Samuel Sutter and moves that this Honorable Court permit him to withdraw from the above-entitled case.

As grounds therefore, Attorney Sutter states that he won the election for District Attorney for Bristol County and is preparing to become the District Attorney on January 3, 2007. Since the primary election on September 19th, his time has been completely absorbed by the transition process involved in becoming District Attorney and by the closing of his law practice. Therefore, he has not had nearly the time which is needed to effectively prepare for the sentencing in this case.

As further grounds, Attorney Sutter states that he has discussed this situation with the defendant and the defendant both understands Attorney Sutter's situation and assents to this motion to withdraw.

Finally, Assistant United States Attorney, Robert Richardson, assents to this motion.

Wherefore Attorney Sutter respectfully requests that this Honorable Court allow his motion to withdraw.

Respectfully submitted:

/s/ C. Samuel Sutter kas

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts  02721