UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 JUN 15  P 4: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO. 04-CR-10303

RASHAUN SCOTT

## NOTICE OF APPEARANCE

Please enter my appearance for the above-named Defendant in the above-entitled matter.

Respectfully submitted,
Rashaun Scott
By his attorney,

Frank D. Camera, Esq.
BBO#: 635930
56 N. Main Street, Suite 321
Fall River, MA  02720
508-677-2878
508-677-2876   Fax

Dated: June 13, 2007