UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA } | | |
| } | | |
| V. } | | CRIMINAL ACTION |
| } | | NO. 04-10303-RCL |
| RASHAUN SCOTT } | | |
| DEFENDANT } | | |
| } | | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Now comes the Defendant, Rashaun Scott, and through his counsel, Frank D. Camera, hereby requests this Court continue the sentencing hearing to August 23, 28, or 29, 2007 or any other date that is convenient to this Court.

Good cause exists for this request in that counsel is scheduled to begin a trial in the Taunton Superior Court on July 31, 2007 in the matter of Commonwealth v. Duron Colton. This trial will take approximately three days to complete. Also, counsel is scheduled to be out of state on a family vacation from August 19 through August 22, 2007.

Respectfully Submitted,
Rashaun Scott,
By his attorney,


/s/ Frank D. Camera
Frank D. Camera
B.B.O. #635930
56 N. Main Street #303
Fall River, MA 02720
508-677-2878
508-677-2876

Dated: July 28, 2007

## **CERTIFICATE OF SERVICE**

    I, Frank D. Camera, hereby certify that I have delivered a true copy of the within document to all parties of record by electronic filing on July 28, 2007.

                                              /s/ Frank D. Camera_____