**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| V.    ) | CRIMINAL NO. 04-CR-10303 |
| ) | |
| RASHAUN SCOTT    ) | |

**NOTICE OF APPEAL TO THE**
**FIRST CIRCUIT COURT OF APPEALS**

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure for the First Circuit, the Defendant, Rashaun Scott, hereby gives notice of his appeal to the United States Court of Appeals for the First Circuit from all adverse decisions, findings, holdings and rulings of any and all pretrial motions, conviction and final judgment of sentencing of the United States District Court.

                                        Rashaun Scott
                                        By his attorney,

                                        <u>/s/ Frank D. Camera, Esq.</u>
                                        Frank D. Camera, Esq.
                                        BBO#: 635930
                                        56 N. Main Street, Suite 303
                                        Fall River, MA  02720
                                        508-677-2878
                                        508-677-2876  Fax

August 6, 2007

CERTIFICATION OF SERVICE

I, Frank D. Camera, hereby certify that I have filed a copy of the within document to all parties of record, via electronic filing, on this sixth day of August 2007.

/s/ Frank D. Camera