```
 1              STATEMENT OF REASONS (FROM TRANSCRIPT)
 2                    *   *   *   *   *   *   *   *   *
 3              THE COURT:  Mr. Scott, stand, please.
 4              A couple of things I want to point out in imposing
 5    this sentence.  Mr. Scott was convicted for possessing a
 6    firearm.  The evidence, however, that led to -- or the events
 7    that preceded the search of his home included a phone call he
 8    made to his home from a jail or a house of correction, I can't
 9    recall.  So the interesting part of this case for me is that
10    this crime, possession of this firearm, first thing I observe
11    is that it was committed while he was already in incarceration
12    because he was convicted on the theory of constructive
13    possession of this firearm.  So the crime is being committed
14    even as he is incarcerated.
15              The second point I'd make is that based on the
16    conversation that Mr. Scott had with his sister, one could
17    infer, and I do infer, that he had at one point multiple
18    firearms.  He was in possession of a shotgun, but his
19    discussion was about multiple firearms, "these things," and
20    described this firearm in particular detail as one of more than
21    one firearm.  So the offense level does not take into account
22    that there are likely to have been other firearms.
23              Now, the notion that a person commits the crime in
24    a place of incarceration as he is leaving, this crime was
25    committed in order to hide these firearms or this firearm from
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    probation people who are coming to inspect the premises, so
 2    Mr. Scott was intending to go home where he would have these
 3    firearms.  That speaks to a very strong need to protect the
 4    public, a sentence that provides a very strong need to protect
 5    the public.
 6              Mr. Scott's record suggests a very strong need to
 7    protect the public.  I read the whole history, the DYS reports,
 8    and they speak of a man who is -- well, I, frankly, say
 9    incorrigible.  That's what I read in this.  And it's hard to
10    understand this, because, unlike most young men who appear in
11    this court, Mr. Scott had advantages: an in-tact family, a
12    mother, father in a home with advantages.  That's not what I
13    usually see here.  And how Mr. Scott can come off the rails is
14    hard to understand.  And come off the rails he did.  The record
15    here is episodes of violence, one episode of drugs, and six or
16    so of violence, including assault on a police officer, assault
17    with a dangerous weapon, I believe, with a knife.  And as I
18    say, I am driven by the notion that this crime is committed
19    while he's in incarceration preparing to leave.
20              The statutory minimum sentence for this crime is 15
21    years, and as Ms. Gershengorn had said, this is what would
22    happen if you just barely had the predicates for the Armed
23    Career Criminal enhancement, but Mr. Scott has 18 criminal
24    history -- excuse me, 21 criminal history points, 18 without
25    adding the ones that are based on the time of the crime in
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   relation to previous convictions and sentences.  So Mr. Scott
 2   would be in Criminal History Category VI under any
 3   circumstances.
 4          So I don't think Mr. Scott is a person who
 5   qualifies for the minimum, because the minimum is likely
 6   anybody who is an Armed Career Criminal, no matter how minimal
 7   the predicate offenses were, minimal in terms of the factual
 8   circumstances.
 9          I think Ms. Gershengorn had it right when she
10   described Mr. Scott's record, that's the record I see, and I
11   think that the guidelines have it right when they establish the
12   range here.  So I'm going to impose the guideline sentence at
13   the low end of the guidelines.
14                   *   *   *   *   *   *   *   *
15
16
17
18
19
20
21
22
23
24
25
```

PDF created with pdfFactory trial version www.pdffactory.com