**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA . | CRIMINAL NO. 04-10303-RCL |
| . | |
| V. . | BOSTON, MASSACHUSETTS |
| . | FEBRUARY 1, 2005 |
| RASHAUN SCOTT . | |
|   Defendant . | |

. . . . . . . . . . . . .

TRANSCRIPT OF CONFERENCE
BEFORE THE HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the government:    Robert Richardson, Esquire
                        U.S. Attorney's Office
                        One Courthouse Way, Suite 9200
                        Boston, MA  02210
                        617-748-3247
                        robert.richardson@usdoj.gov

For the defendant:    Clifford S. Sutter, Jr.
                        Law Office of C. Samuel Sutter
                        203 Plymouth Avenue
                        Building #7
                        Fall River, MA 02720
                        508-674-8633
                        Email: samsutter@verizon.net

Court Reporter:

Proceedings recorded by digital sound recording,
transcript produced by transcription service.

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**Wrentham, MA  02093**
**(508) 384-2003**

2

1  **I N D E X**

2  Proceedings                                              3

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**

3

1                          **P R O C E E D I N G S**

2       COURT CALLED INTO SESSION

3             THE CLERK:  The Honorable Joyce London Alexander

4    presiding.  You may be seated.  Today's date is February 1,

5    2005.  The Court will now hear the case of United States v.

6    Rashaun Scott, Criminal Case No. 04-10303.  Will the attorneys

7    please identify themselves for the record.

8             MR. RICHARDSON:  Robert Richardson for the United

9    States.  Good afternoon, Your Honor.

10            THE COURT:  Good afternoon.

11            MR. SUTTER:  Good afternoon, Your Honor.

12            THE COURT:  Good afternoon.

13            MR. SUTTER:  Sam Sutter for the defendant,

14   Mr. Rashaun Scott.

15            THE COURT:  We need to set a motion date and the

16   final conference, status conference date; is that correct.

17            MR. SUTTER:  Yes, Your Honor.

18            THE COURT:  Okay.  Why don't we – Mr. Brown, can you

19   see my schedule for--

20            THE CLERK:  March 15th at 2:30.

21            THE COURT:  --March 15th - 15th at 2:30 for a final

22   status conference.

23            MR. SUTTER:  Your Honor, I have a trial in Taunton

24   that day.  I'm wondering if we could go to March 16th or 17th in

25   the afternoon?

4

1      PAUSE

2          THE COURT:  March 17th?

3          MR. SUTTER:  That would be fine.

4          THE COURT:  Is that a holiday?

5          MR. SUTTER:  It's, well it's in a way--

6          THE COURT:  It's darkened on the calendar.

7          MR. SUTTER:  It's St. Patrick's Day and Evacuation
8  Day I think.

9          THE COURT:  Oh.

10         MR. RICHARDSON:  In Suffolk County I think it's a
11 holiday.

12         THE COURT:  Its closed.  Do you celebrate it?  Maybe
13 #4:40:31 I will schedule you.

14         MR. RICHARDSON:  I'm 1/16th Irish so I come to work.

15         THE COURT:  Pardon?

16         #4:40:32:  The city of Boston and the city of
17 Cambridge #4:40:38

18         THE COURT:  Oh.  Oh I remember that as a youngster.
19 How about the 16th?

20         MR. SUTTER:  That should be fine, Your Honor.

21         THE COURT:  All right.  And why don't we set motions
22 to be filed - do you anticipate dispositive motions?

23         MR. SUTTER:  Well, Your Honor, I have certainly a
24 viable motion to suppress.

25         THE COURT:  Uh-huh.

5

1    MR. SUTTER:  I think my brother would concede that.
2 And I would ask the Court to - I have a very busy trial
3 calendar over the next couple months.  If I could have until
4 the first of April would that be all right to file it?
5    THE COURT:  That's in excess of the 45 day--
6    MR. SUTTER:  Oh, all right.  Well then--
7    THE COURT:  --period.
8    MR. SUTTER:  --how about the day that we're due for
9 the status conference?
10   THE COURT:  That's fine.
11   THE CLERK:  March 16th at--
12   PAUSE
13   THE COURT:  That's the 16th?
14   MR. SUTTER:  Yes.
15   THE COURT:  Okay.  Government's response March, to be
16 filed on or before March 31st.  The hearing time is 10 a.m.--
17   MR. SUTTER:  On?
18   THE COURT:  The 16th.
19   MR. SUTTER:  Oh.  Well I wonder if we could go to the
20 afternoon because there's always a possibility that my trial
21 would spill over until--
22   THE COURT:  All right.
23   MR. SUTTER:  --the morning of the next day.
24   THE CLERK:  Two p.m.?
25   THE COURT:  If it's in Taunton let's make it three.

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**

6

1    MR. SUTTER: Thank you.
2    THE COURT: Three p.m. Anything further?
3    MR. SUTTER: Your Honor, I would like a detention
4 hearing on behalf of Mr. Scott depending upon the Court's
5 calendar.
6    PAUSE
7    THE COURT: Wednesday the 16th at 10 a.m., February
8 16th--
9    MR. SUTTER: February?
10   THE COURT: Right.
11   MR. SUTTER: I would ask for something a little bit
12 beyond that?
13   THE COURT: Two? Oh, you mean a time, a date beyond
14 the 16th?
15   MR. SUTTER: I just, I can't--
16   THE COURT: That's fine, you're asking for the
17 detention hearing. When did you--
18   MR. SUTTER: Your Honor--
19   THE COURT: Which week? If you can give me the week
20 so--
21   MR. SUTTER: I--
22   THE COURT: --the clerk can look at the schedule.
23   MR. SUTTER: --was wondering if there's anything
24 available the afternoon of March the 3rd or any time on March
25 the 4th? I know I can set anything—

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**

7

1         THE CLERK:  Friday's good.

2         THE COURT:  Okay.

3         MR. SUTTER:  If that's all that's available I'll take
4    it.

5     PAUSE

6         THE COURT:  You wanted the third on the, at what
7    time?

8         MR. SUTTER:  In the afternoon.  I have to be in
9    Attleboro in the morning.

10    PAUSE

11        THE COURT:  Three?

12        MR. SUTTER:  That's great.  Thank you very much.

13        THE COURT:  Anything further?

14        MR. SUTTER:  Not for me, Your Honor.  Thank you, Your
15   Honor.

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**

8

1    CERTIFICATION

2        I, Maryann V. Young, court approved transcriber, certify

3    that the foregoing is a correct transcript from the official

4    digital sound recording of the proceedings in the

5    above-entitled matter.

6

7    /s/ Maryann V. Young                      April 9, 2008

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**