**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA . CRIMINAL NO. 04-10303-RCL
                         .
  V.                     . BOSTON, MASSACHUSETTS
                         . MARCH 28, 2005
RASHAUN SCOTT            .
  Defendant              .
. . . . . . . . . . . . .

TRANSCRIPT OF CONFERENCE
BEFORE THE HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the government:   Robert Richardson, Esquire
                      U.S. Attorney's Office
                      One Courthouse Way, Suite 9200
                      Boston, MA  02210
                      617-748-3247
                      robert.richardson@usdoj.gov

For the defendant:    Clifford S. Sutter, Jr.
                      Law Office of C. Samuel Sutter
                      203 Plymouth Avenue
                      Building #7
                      Fall River, MA 02720
                      508-674-8633
                      Email: samsutter@verizon.net

Court Reporter:

Proceedings recorded by digital sound recording,
transcript produced by transcription service.

*MARYANN V. YOUNG*
**Certified Court Transcriber**
Wrentham, MA  02093
(508) 384-2003

2

1                          **I N D E X**

2  Proceedings                                                3

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**

3

1        **P R O C E E D I N G S**

2    COURT CALLED INTO SESSION

3        THE CLERK: The Honorable Joyce London Alexander
4 presiding. You may be seated. Today's date is March 28, 2005.
5 The Court will now hear the case of the United States v.
6 Rashaun Scott, Criminal Case No. 04-10303. Will the attorneys
7 please identify themselves for the record.

8        MR. RICHARDSON: Robert Richardson for the United
9 States. Good afternoon, Your Honor.

10       THE COURT: Good afternoon.

11       MR. SUTTER: Good afternoon, Your Honor, Sam Sutter
12 for Mr. Scott.

13       THE COURT: This is a final status conference and had
14 the Court given you a date prior to this hearing for your
15 dispositive motions?

16       MR. SUTTER: Yes, Your Honor.

17       THE COURT: And what date was that?

18       MR. SUTTER: That was May 16th, and I think on that
19 day or maybe the day before I filed a motion asking for an
20 extension of time. I had a very busy trial and motion schedule
21 in state court for the last month or so and I have been making
22 some progress on that motion but I could use a little more time
23 before I file it.

24       THE COURT: The only thing is the Court gave you May,
25 did you say the Court gave - the Court gave you to May 2nd?

4

1	MR. SUTTER:  Oh, fine, that's fine.

2	THE COURT:  Okay.

3	MR. SUTTER:  That's plenty of time.

4	THE COURT:  No.  Your motion is to May 2nd.

5	MR. SUTTER:  That's what I asked for.

6	THE COURT:  I see.  But I asked what was the date
7	that the Court gave you at the last hearing for the filing of
8	your dispositive motion?

9	MR. SUTTER:  March 16th.

10	THE COURT:  I don't know that I can give you that
11	many weeks after a final status conference and then many weeks
12	after the Court has set it.  I know your case load may be busy
13	but this is not my case.  It's the district Judge's and--

14	MR. SUTTER:  I understand.

15	THE COURT:  --they want these cases moved up to them
16	as soon as the final status conference is heard.

17	   PAUSE

18	THE COURT:  I know the motion to suppress that you
19	intend to file.  You say you're in the process of preparing it
20	counsel.  I can give you a month---

21	MR. SUTTER:  That's fine.

22	THE COURT:  --from today but that's it.

23	MR. SUTTER:  That's sufficient, Your Honor.  Thank
24	you.

5

1        THE COURT:  And I need a joint motion to exclude
2   time.  When can I have that?
3        MR. RICHARDSON:  I can file that electronically
4   within 15 minutes of leaving here, Your Honor.
5        THE COURT:  To the 28th, April 28th for the filing.
6   How much time is left or has all time been excluded?
7        MR. RICHARDSON:  I think with the filing of the
8   motion it would all be excluded, Your Honor.
9        THE COURT:  Okay.  Anything further?
10       MR. SUTTER:  #4:06:00
11       MR. RICHARDSON:  Not from the government.
12       THE CLERK:  This matter's now adjourned.  Court is in
13  recess.
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**

6

1                          CERTIFICATION

2       I, Maryann V. Young, court approved transcriber, certify

3   that the foregoing is a correct transcript from the official

4   digital sound recording of the proceedings in the

5   above-entitled matter.

6

7   /s/ Maryann V. Young                       April 9, 2007

***MARYANN V. YOUNG***
**Certified Court Transcriber**
**(508) 384-2003**