**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA . CRIMINAL NO. 04-10303-RCL
                         .
  V.                     . BOSTON, MASSACHUSETTS
                         . FEBRUARY 1, 2005
RASHAUN SCOTT            .
  Defendant              .
. . . . . . . . . . . . .

TRANSCRIPT OF CONFERENCE
BEFORE THE HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the government:   Robert Richardson, Esquire
                      U.S. Attorney's Office
                      One Courthouse Way, Suite 9200
                      Boston, MA  02210
                      617-748-3247
                      robert.richardson@usdoj.gov

For the defendant:    Clifford S. Sutter, Jr.
                      Law Office of C. Samuel Sutter
                      203 Plymouth Avenue
                      Building #7
                      Fall River, MA 02720
                      508-674-8633
                      Email: samsutter@verizon.net

Court Reporter:

Proceedings recorded by digital sound recording,
transcript produced by transcription service.

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**Wrentham, MA  02093**
**(508) 384-2003**

2

1                          **I N D E X**

2   Proceedings                                              3

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**

3

1            **P R O C E E D I N G S**

2      COURT CALLED INTO SESSION

3            THE CLERK:  The Honorable Joyce London Alexander

4   presiding.  You may be seated.  Today's date is February 1,

5   2005.  The Court will now hear the case of United States v.

6   Rashaun Scott, Criminal Case No. 04-10303.  Will the attorneys

7   please identify themselves for the record.

8            MR. RICHARDSON:  Robert Richardson for the United

9   States.  Good afternoon, Your Honor.

10           THE COURT:  Good afternoon.

11           MR. SUTTER:  Good afternoon, Your Honor.

12           THE COURT:  Good afternoon.

13           MR. SUTTER:  Sam Sutter for the defendant,

14  Mr. Rashaun Scott.

15           THE COURT:  We need to set a motion date and the

16  final conference, status conference date; is that correct.

17           MR. SUTTER:  Yes, Your Honor.

18           THE COURT:  Okay.  Why don't we – Mr. Brown, can you

19  see my schedule for--

20           THE CLERK:  March 15th at 2:30.

21           THE COURT:  --March 15th – 15th at 2:30 for a final

22  status conference.

23           MR. SUTTER:  Your Honor, I have a trial in Taunton

24  that day.  I'm wondering if we could go to March 16th or 17th in

25  the afternoon?

4

1         PAUSE

2              THE COURT:  March 17th?

3              MR. SUTTER:  That would be fine.

4              THE COURT:  Is that a holiday?

5              MR. SUTTER:  It's, well it's in a way--

6              THE COURT:  It's darkened on the calendar.

7              MR. SUTTER:  It's St. Patrick's Day and Evacuation

8    Day I think.

9              THE COURT:  Oh.

10             MR. RICHARDSON:  In Suffolk County I think it's a

11   holiday.

12             THE COURT:  It's closed.  Do you celebrate it?

13   Maybe I shouldn't schedule you.

14             MR. RICHARDSON:  I'm 1/16th Irish so I come to work.

15             THE COURT:  Pardon?

16             UNIDENTIFIED:  The city of Boston and the city of

17   Cambridge are closed.

18             THE COURT:  Oh.  Oh I remember that as a youngster.

19   How about the 16th?

20             MR. SUTTER:  That should be fine, Your Honor.

21             THE COURT:  All right.  And why don't we set motions

22   to be filed - do you anticipate dispositive motions?

23             MR. SUTTER:  Well, Your Honor, I have certainly a

24   viable motion to suppress.

25             THE COURT:  Uh-huh.

5

1       MR. SUTTER:  I think my brother would concede that.
2  And I would ask the Court to - I have a very busy trial
3  calendar over the next couple months.  If I could have until
4  the first of April would that be all right to file it?
5       THE COURT:  That's in excess of the 45 day--
6       MR. SUTTER:  Oh, all right.  Well then--
7       THE COURT:  --period.
8       MR. SUTTER:  --how about the day that we're due for
9  the status conference?
10      THE COURT:  That's fine.
11      THE CLERK:  March 16th at--
12   PAUSE
13      THE COURT:  That's the 16th?
14      MR. SUTTER:  Yes.
15      THE COURT:  Okay.  Government's response March, to be
16 filed on or before March 31st.  The hearing time is 10 a.m.--
17      MR. SUTTER:  On?
18      THE COURT:  The 16th.
19      MR. SUTTER:  Oh.  Well I wonder if we could go to the
20 afternoon because there's always a possibility that my trial
21 would spill over until--
22      THE COURT:  All right.
23      MR. SUTTER:  --the morning of the next day.
24      THE CLERK:  Two p.m.?
25      THE COURT:  If it's in Taunton let's make it three.

6

1    MR. SUTTER:  Thank you.

2    THE COURT:  Three p.m.  Anything further?

3    MR. SUTTER:  Your Honor, I would like a detention
4 hearing on behalf of Mr. Scott depending upon the Court's
5 calendar.

6    PAUSE

7    THE COURT:  Wednesday the 16th at 10 a.m., February
8 16th--

9    MR. SUTTER:  February?

10   THE COURT:  Right.

11   MR. SUTTER:  I would ask for something a little bit
12 beyond that?

13   THE COURT:  Two?  Oh, you mean a time, a date beyond
14 the 16th?

15   MR. SUTTER:  I just, I can't--

16   THE COURT:  That's fine, you're asking for the
17 detention hearing.  When did you--

18   MR. SUTTER:  Your Honor--

19   THE COURT:  Which week?  If you can give me the week
20 so--

21   MR. SUTTER:  I--

22   THE COURT:  --the clerk can look at the schedule.

23   MR. SUTTER:  --was wondering if there's anything
24 available the afternoon of March the 3rd or any time on March
25 the 4th?  I know I can set anything—

7

1        THE CLERK:  Friday's good.

2        THE COURT:  Okay.

3        MR. SUTTER:  If that's all that's available I'll take
4  it.

5     PAUSE

6        THE COURT:  You wanted the third on the, at what
7  time?

8        MR. SUTTER:  In the afternoon.  I have to be in
9  Attleboro in the morning.

10    PAUSE

11       THE COURT:  Three?

12       MR. SUTTER:  That's great.  Thank you very much.

13       THE COURT:  Anything further?

14       MR. SUTTER:  Not for me, Your Honor.  Thank you, Your
15 Honor.

16 //

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

8

1                              CERTIFICATION

2      I, Maryann V. Young, court approved transcriber, certify

3 that the foregoing is a correct transcript from the official

4 digital sound recording of the proceedings in the

5 above-entitled matter.

6

7 /s/ Maryann V. Young                          April 9, 2008

***MARYANN V. YOUNG***
**Certified Court Transcriber**
**(508) 384-2003**