**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
UNITED STATES OF AMERICA  . CRIMINAL NO. 04-10303-RCL
                          .
  V.                      . BOSTON, MASSACHUSETTS
                          . MARCH 28, 2005
RASHAUN SCOTT             .
  Defendant               .
. . . . . . . . . . . . .
```

TRANSCRIPT OF CONFERENCE
BEFORE THE HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the government:   Robert Richardson, Esquire
                      U.S. Attorney's Office
                      One Courthouse Way, Suite 9200
                      Boston, MA  02210
                      617-748-3247
                      robert.richardson@usdoj.gov

For the defendant:    Clifford S. Sutter, Jr.
                      Law Office of C. Samuel Sutter
                      203 Plymouth Avenue
                      Building #7
                      Fall River, MA 02720
                      508-674-8633
                      Email: samsutter@verizon.net

Court Reporter:

Proceedings recorded by digital sound recording,
transcript produced by transcription service.

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**Wrentham, MA  02093**
**(508) 384-2003**

2

1                              **I N D E X**

2  Proceedings                                              3

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**

3

1                       **P R O C E E D I N G S**

2     COURT CALLED INTO SESSION

3           THE CLERK:  The Honorable Joyce London Alexander

4    presiding.  You may be seated.  Today's date is March 28, 2005.

5    The Court will now hear the case of the United States v.

6    Rashaun Scott, Criminal Case No. 04-10303.  Will the attorneys

7    please identify themselves for the record.

8           MR. RICHARDSON:  Robert Richardson for the United

9    States.  Good afternoon, Your Honor.

10          THE COURT:  Good afternoon.

11          MR. SUTTER:  Good afternoon, Your Honor, Sam Sutter

12   for Mr. Scott.

13          THE COURT:  This is a final status conference and had

14   the Court given you a date prior to this hearing for your

15   dispositive motions?

16          MR. SUTTER:  Yes, Your Honor.

17          THE COURT:  And what date was that?

18          MR. SUTTER:  That was May 16th, and I think on that

19   day or maybe the day before I filed a motion asking for an

20   extension of time.  I had a very busy trial and motion schedule

21   in state court for the last month or so and I have been making

22   some progress on that motion but I could use a little more time

23   before I file it.

24          THE COURT:  The only thing is the Court gave you May,

25   did you say the Court gave - the Court gave you to May 2nd?

4

1  MR. SUTTER: Oh, fine, that's fine.
2  THE COURT: Okay.
3  MR. SUTTER: That's plenty of time.
4  THE COURT: No. Your motion is to May 2nd.
5  MR. SUTTER: That's what I asked for.
6  THE COURT: I see. But I asked what was the date
7  that the Court gave you at the last hearing for the filing of
8  your dispositive motion?
9  MR. SUTTER: March 16th.
10  THE COURT: I don't know that I can give you that
11  many weeks after a final status conference and then many weeks
12  after the Court has set it. I know your case load may be busy
13  but this is not my case. It's the district Judge's and--
14  MR. SUTTER: I understand.
15  THE COURT: --they want these cases moved up to them
16  as soon as the final status conference is heard.
17      PAUSE
18  THE COURT: I know the motion to suppress that you
19  intend to file. You say you're in the process of preparing it
20  counsel. I can give you a month---
21  MR. SUTTER: That's fine.
22  THE COURT: --from today but that's it.
23  MR. SUTTER: That's sufficient, Your Honor. Thank
24  you.

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**

5

1        THE COURT:  And I need a joint motion to exclude
2   time.  When can I have that?
3        MR. RICHARDSON:  I can file that electronically
4   within 15 minutes of leaving here, Your Honor.
5        THE COURT:  To the 28th, April 28th for the filing.
6   How much time is left or has all time been excluded?
7        MR. RICHARDSON:  I think with the filing of the
8   motion it would all be excluded, Your Honor.
9        THE COURT:  Okay.  Anything further?
10       MR. SUTTER:  No.
11       MR. RICHARDSON:  Not from the government.
12       THE CLERK:  This matter's now adjourned.  Court is in
13  recess.
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**

6

1                              CERTIFICATION

2       I, Maryann V. Young, court approved transcriber, certify

3   that the foregoing is a correct transcript from the official

4   digital sound recording of the proceedings in the

5   above-entitled matter.

6

7   /s/ Maryann V. Young                         April 9, 2007

***MARYANN V. YOUNG***
**Certified Court Transcriber**
**(508) 384-2003**